IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07 – 46 - UNA |
| CHAD MERCER, | : | |
| Defendant. | : | REDACTED |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 21, 2007, in the State and District of Delaware, the defendant, CHAD MERCER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 6, 2005, in the Superior Court for the State of Delaware in and for New Castle County, did knowingly possess in and affecting commerce a firearm, to wit, a Smith & Wesson Model 586 .357 caliber revolver, serial number AJY5877, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Date: April 3, 2007

FILED
APR - 3 2007