IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07 – 46 UNA |
| CHAD MERCER, | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Chad Mercer as a result of the Indictment returned against him on April 3, 2007.

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: April 5, 2007

AND NOW, this 5th day of April, 2007, upon the foregoing Motion,

IT IS ORDERED that a warrant issue for the arrest and apprehension of Chad Mercer.

_____
United States District Judge

FILED
APR 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE