UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
                                   )    CASE NO. 07-4C SLR
         vs.                       )
                                   )
    Chad Piercer                   )
                                   )
              Defendant.           )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *April 18, 2007* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *July 9, 2007* The time between the date of this order and *July 9, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney