AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

CHAD MERCER

**WARRANT FOR ARREST**

Case Number: CR 07-46-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHAD MERCER _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FELON IN POSSESSION OF A FIREARM

FILED
APR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ____18____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

APRIL 5, 2007 at WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St., Wilm DE

| DATE RECEIVED 4/5/07 | NAME AND TITLE OF ARRESTING OFFICER J. Policichio | SIGNATURE OF ARRESTING OFFICER J. Policichio |
|---|---|---|
| DATE OF ARREST 4/12/07 | | |