IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-046-SLR |
| ) | |
| CHAD MERCER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 18th day of July, 2007,

IT IS ORDERED that the telephonic status conference scheduled for **Wednesday, July 25, 2007** is **cancelled** and **rescheduled** to commence on **Tuesday, July 31, 2007** at **2:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **July 31, 2007** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge