AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.

v.

Chad Mercer

**EXHIBIT AND WITNESS LIST**

Case Number: 07-46-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Lesley Wolf, Esq. | Eleni Kousoulis, Esq. |
| TRIAL DATE(S) #26 Gov't 8/22/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/22/07 | | ✓ | Photograph (Lagace) |
| 2 | | | | ✓ | Photograph |
| 3 | | | | ✓ | Card - Miranda warnings |
| | 1 | | | ✓ | Map |
| | 2 | | | ✓ | Ofc Lagace's Police Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _1_ Pages