IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAD MERCER,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:   Criminal Action No. 07-46-SLR<br>:<br>:<br>:<br>: |

### MOTION TO ADMIT AUDIO RECORDING

**NOW COMES** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and moves to admit a certain audio recording. In support thereof, the government avers as follows:

1. The defendant has been charged with being a felon in possession of a firearm in violation of Title 18 U.S.C. Section 922(g)(1).

2. At trial, the government intends to play an audio recordings of a statement that defendant made to the police on February 21, 2007.

3. The recording has been made available to the defense.

4. The government submits that both the original and copies of the recording are of more than sufficient audio quality to be received into evidence at trial. The government will prepare a transcript of the recordings and will provide that transcript to the defendant for review. The government will designate on the transcript which portions of the recording it intends to offer into evidence in its case-in-chief. The government respectfully requests that the defendant

be required to state any specific objections to the recording and/or transcript in writing, if the defendant requests a hearing.

5. The recording was made by law enforcement officers under the supervision of the New Castle County Police Department, using devices capable of recording the conversations.

6. The law enforcement officer operating the equipment had prior experience with the device, and/or was otherwise competent to operate the device that was utilized in this case.

7. The recording is authentic and correct.

8. No substantive changes, additions, or deletions have been made to the recording since it was created.

9. The original recording has been preserved by the New Castle County Police Department since its creation. The recording has been maintained in a proper chain of custody record.

10. The conversation on the recording was made consensually and in good faith, without any kind of improper inducement.

11. The Declaration of New Castle County Police Officer Dale Lagace, attached hereto, states that the foregoing is true and correct to the best of his information and belief.

**WHEREFORE**, for the reasons set forth above, the government respectfully moves the admission of the audio tape recording identified herein. The government will provide a transcript to the defense, and will request at a later date that the transcript be allowed at trial as an aid to the jury. A proposed order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: November 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 07-46-SLR |
| CHAD MERCER, : | |
| Defendant. : | |

### DECLARATION OF OFFICER DALE LAGACE

1. I am an Officer with the New Castle County Police Department.

2. I have been directly involved in the investigation that has resulted in the prosecution of the above-captioned defendant on the charges set forth in the indictment. I am familiar with the recorded contact that was part of this investigation.

3. I have read the government's Motion to Admit Audio Recording. Based upon my personal knowledge and my discussions with other law enforcement officers involved in this investigation, I declare under penalty of perjury that the statements in those paragraphs are true and correct to the best of my information and belief.

_____ 11/14/07
Officer Dale Lagace

Dated: November 14, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-46-SLR |
| CHAD MERCER, | : |
| Defendant. | : |

## ORDER

AND NOW, this ___ day of _____, having considered the government's Motion to Admit Audio Recording and any opposition thereto,

IT IS HEREBY ORDERED that the government's Motion is GRANTED.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE