# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa Harper**
**Dan Siegel**
Research & Writing Specialist

January 11, 2008

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE   19801

     **Re:**   *United States v. Chad Mercer*
             **Criminal Action No. 07-46-SLR**
             <u>**Our File No. 2007-00161**</u>

Dear Honorable Judge Robinson:

    On November 16, 2007, the Government filed a Motion to Admit Audio Recording at trial in the above-referenced matter. The defense has no objection to this motion filed by the government.

    Should Your Honor have any questions, please feel free to contact me.

                             Respectfully submitted,

                             /s/
                             Eleni Kousoulis
                             Assistant Federal Public Defender
                             Attorney for Defendant Chad Mercer

cc:    Lesley Wolf, Assistant United States Attorney (by ECF)
         Chad Mercer