# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,:** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Criminal Action No.: 07-46-SLR** |
| : | |
| **CHAD MERCER,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE
### ANY EVIDENCE OF PRIOR CONVICTIONS
### PURSUANT TO FEDERAL RULE OF EVIDENCE 609

Defendant, Chad Mercer, by and through his attorney, Eleni Kousoulis, Assistant Federal Public Defender, District of Delaware, files this Motion pursuant to Federal Rule of Evidence 609 to preclude the admission of any evidence relating to his prior criminal history to impeach him if he chooses to testify.

In support of this motion, the Defendant submits as follows:

1. Mr. Mercer is charged in an Indictment with one Count of being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) (Count One).

2. The Indictment charges that on or about February 21, 2007, Mr. Mercer was a felon, and was found in possession of a firearm, namely a Smith & Wesson Model 586 .357 caliber revolver, serial number AJY5877.

3. It appears that Mr. Mercer has the following two prior felony convictions[1] which the

---

[1] The convictions listed in this motion are the only convictions of which the defense is aware. Should the government be aware of other convictions it wishes to use to impeach Mr. Mercer, should he choose to testify at trial, the defense requests that the government provide prior notice of any such convictions.

government will likely attempt to use to impeach him should he choose to testify at trial:

        a.        Assault Second Degree, sentenced on October 6, 2005;

        b.        Assault Third Degree, sentenced on May 4, 2004.

4.        Fed.R.Evid. 609(a)(2) allows the introduction of previous convictions only if the previous convictions are *crimen falsi*.

5.        Pursuant to Fed.R.Evid. 609(a)(2), it is clear that none of the defendant's prior convictions are admissible for impeachment or any other purpose.

6.        Fed.R.Evid. 609(a)(1) forbids an attack upon the credibility of the accused by the introduction of evidence that he committed a crime punishable by death or imprisonment in excess of one year unless the probative value of admitting the evidence outweighs its prejudicial effect to the accused.

7.        Pursuant to Fed.R.Evid. 609(a)(1), it is clear that none of the defendant's prior convictions may be admitted at trial for any purpose because the potential harm to the defendant far outweighs any remote probative value of this evidence.

8.        All of the prior convictions here are of a type of which mere knowledge of their existence would prejudice the jury against the defendant.

**WHEREFORE**, for the reasons set forth in this Motion *in Limine* and in the accompanying Memorandum of Law, the Defendant, Chad Mercer, respectfully requests this Honorable Court grant this Motion and prohibit the admission of his prior criminal history to impeach him if he chooses to testify at trial.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Chad Mercer

Dated: February 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,:** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Criminal Action No.: 07-46-SLR |
| | : | |
| **CHAD MERCER,** | : | |
| | : | |
| **Defendant.** | : | |

## **O R D E R**

**AND NOW,** this _____ day of _____, 2008 upon consideration of the Defendant's Motion *in Limine* to Exclude Any Evidence of Prior Convictions Pursuant to Federal Rule of Evidence 609, it is hereby

**ORDERED and DECREED** that the Motion is **GRANTED** and that the government is prohibited from introducing at trial any evidence of Defendant's prior arrests and/or convictions.

BY THE COURT:

_____
**THE HONORABLE SUE L. ROBINSON**
United States District Court Judge