# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 07-46-SLR |
| | : |
| CHAD MERCER, | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S TRIAL WITNESS LIST

At the trial in the above-captioned matter, the United States may call the following individuals as witnesses:

Dale Lagace, Fred Oehler, James Watson, III, Jose Jarillo, and Scott Curley.

COLM F. CONNOLLY
United States Attorney


BY: s/Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney

Dated: March 8, 2008