IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                Plaintiff,   ) | |
| v.   ) | Crim. No. 07-046-SLR |
| CHAD MERCER,   ) | |
|                Defendant.   ) | |

**VERDICT FORM**

As to count I, charging the defendant with possession of a firearm by a felon, we the jury unanimously find the defendant

    __X__ Guilty                                  _____ Not Guilty.