AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

U.S.A.

V.

Chad Mercer

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-46-SLR

| PRESIDING JUDGE Sue. L. Robinson | PLAINTIFF'S ATTORNEY Lesley Wolf | DEFENDANT'S ATTORNEY Eleni Kousoulis |
|---|---|---|
| TRIAL DATE (S) 3/12/08-3/14/08 | COURT REPORTER V. Gunning | COURTROOM DEPUTY N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/12/08 | | YES | Stipulation |
| 2 | | 3/12/08 | | YES | Map of area (Lagace) |
| 3 | | 3/12/08 | | YES | Photograph of Brookside Boulevard (Lagace) |
| 4 | | 3/12/08 | | YES | Gun (Lagace) |
| 5 | | 3/12/08 | | YES | Audio recording (Lagace) |
| | 1 | 3/12/08 | --- | | Report (Lagace - cross) |
| 6 | | 3/12/08 | | YES | Photograph of right side of revolver (Curley) |
| | 2 | 3/13/08 | | YES | Record of Arrest of Malik Moss/ photograph (Mercer) |
| | 3 | 3/13/08 | | YES | Fingerprint card for Malik Moss (Abbott) |
| | 4 | 3/13/08 | | YES | Certified copy of conviction for Malik Moss for Possession of a Firearm |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages