IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-46-SLR |
| CHAD MERCER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Chad Mercer, Defendant, by and through his undersigned attorney, Eleni Kousoulis, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Amended Judgment entered by the Honorable Sue L. Robinson on July 28, 2008, in the United States District Court for the District of Delaware.

    /s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Attorney for Defendant Chad Mercer

Dated: July 31, 2008